IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHN W. WASHINGTON, as next )
friend of MAE R. WASHINGTON, )
)
  Plaintiff, )
)
v. )  CASE NO.2:17-cv-518-MHT-TFM
)  [wo]
BIO-MEDICAL APPLICATIONS )
OF ALABAMA, INC., )
)
  Defendant. )

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHN W. WASHINGTON, as next )
Friend of MAE R. WASHINGTON, )
)
  Plaintiff, )
)
v. )  CASE NO.2:17-cv-855-MHT-TFM
)  [wo]
BIO-MEDICAL APPLICATIONS )
OF ALABAMA, INC., )
)
  Defendant. )

# **O R D E R**

Upon consideration of Plaintiff's Motion to Strike All Affirmative Defenses (Doc. 42) and Plaintiff's Motion to Amend Complaint (Doc. 44), it is

ORDERED that on or before January 17, 2018, Defendant shall show cause why

these Motions (Docs. 42 and 44) are not due to be granted.   It is further

ORDERED that these Motions (Docs. 42 and 44) and Plaintiff's Motion to Compel (Doc. 33) be and are hereby set for status conference and hearing on **Friday, January 19, 2018 at 10:30 a.m**. in Courtroom 4A, United States Courthouse Complex, One Church Street Montgomery, Alabama.   It is further

ORDERED that the status conference and hearing set for Friday, January 12, 2018 at 10:30 a.m.be and is hereby CANCELLED.

DONE this 8th day of January, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE