IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN W. WASHINGTON, as next friend of Mae R. Washington, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BIO-MEDICAL APPLICATIONS )<br>OF ALABAMA, INC., a )<br>corporation, )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>2:17cv518-MHT<br>(WO) |

**JUDGMENT**

Upon consideration of plaintiff's motion to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(2) (doc. no. 57), and based on the court's understanding that defendant does not oppose the motion, it is ORDERED that the motion is granted, and this lawsuit is dismissed in its entirety without prejudice, with no costs taxed.

All pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of January, 2018.

                                  /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE